IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN L. HAMILTON, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-1141 |
| | : | |
| WILMAC CORP. et al., | : | |
| *Defendants*. | : | |

# O R D E R

**AND NOW**, this 3rd day of October, 2018, upon consideration of the Complaint (Doc. No. 3), Defendants' Motion to Dismiss (Doc. No. 8), Plaintiff's Response (Doc. No. 11), and Defendants' Reply (Doc. No. 12), it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 8) is **GRANTED**. Plaintiff may file an amended complaint on or before 30 days from the date of this order.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE