IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARILYN L. HAMILTON, | : | |
| *Plaintiff* | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILMAC CORP. *et al.*, | : | No. 18-1141 |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 3rd day of December, 2019, upon consideration of the Second Amended Complaint (Doc. No. 21), Defendants' Motion to Dismiss (Doc. No. 22), and Plaintiff's Response (Doc. No. 24), it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 22) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Defendants' Motion to Dismiss (Doc. No. 22) is **GRANTED** with prejudice with respect to Ms. Hamilton's claims against Wilmac Corporation;

2. The Defendants' Motion to Dismiss (Doc. No. 22) is **GRANTED** with prejudice with respect to Ms. Hamilton's failure-to-hire claim against Attleboro Nursing and Rehab Center; and

3. The Defendants' Motion to Dismiss (Doc. No. 22) is **DENIED** with respect to Ms. Hamilton's failure-to-accommodate claim against Attleboro Nursing and Rehab Center.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE